# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>DYK, TIMOTHY B. | 2. Court or Organization<br><br>FEDERAL CIRCUIT | 3. Date of Report<br><br>09/21/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE - ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. JUDICIAL COUNSELOR | GILES RICH INN OF COURT |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | UNIVERSITY OF NEBRASKA - BOARD OF REGENTS (ROYALTY) | $346.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | NYU LAW SCHOOL - SALARY |
| 2. 2016 | WASHINGTON UNIVERSITY - HONORARIA - $4,000 |
| 3. 2016 | PODESTA GROUP INC. - CONSULTANT |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | WILLIAM C. CONNOR INN OF COURT | 01/19/2016 - 01/21/2016 | NEW YORK, NY | RECIPIENT OF THE CONNER INN EXCELLENCE AWARD | TRANSPORTATION, LODGING, MEALS |
| 2. | NYU SCHOOL OF LAW | 02/23/2016 - 02/25/2016 | NEW YORK, NY | EDUCATIONAL PROGRAM | TRANSPORTATION, LODGING, MEALS |
| 3. | FCBA - THE DELAWARE CHAPTER OF THE FBA | 05/19/2016 - 05/20/2016 | WILMINGTON, DE | DELWARE BENCH AND BAR PROGRAM | TRANSPORTATION, LODGING, MEALS |
| 4. | BOSTON PATENT LAW ASSOCIATION | 06/01/2016 - 06/02/2016 | BOSTON, MA | DINNER HONORING THE FEDERAL JUDICIARY | TRANSPORTATION, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| **DYK, TIMOTHY B.** | 09/21/2017 |

| | | | | |
|---|---|---|---|---|
| 5. | ILLINOIS INSTITUTE OF TECHNOLOGY; CHICAGO-KENT COLLEGE OF LAW | 09/21/2016 - 09/22/2016 | CHICAGO, IL | EDUCATIONAL SEMINAR | TRANSPORTATION, LODGING, MEALS |
| 6. | FCBA | 10/12/2016 - 10/15/2016 | PARIS, FRANCE | FCBA GLOBAL SERIES | TRANSPORTATION, LODGING, MEALS |
| 7. | THE AMERICAN LAW INSTITUTE | 11/09/2016 - 11/10/2016 | PHILADELPHIA, PA | ALI ADVISORS MEETING | TRANSPORTATION, LODGING, MEALS |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/21/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LOT - TRURO, MA (PARCEL 1) ($235,100) | | None | M | S | | | | | |
| 2. CARLYLE FUND | B | Dividend | M | T | | | | | |
| 3. MORGAN STANLEY PRIVATE BANK ACCOUNT | A | Int./Div. | M | T | | | | | |
| 4. ISHARES NEW YORK MUNI BOND FUND | A | Int./Div. | | | Sold | 05/11/16 | M | D | |
| 5. KEY CORP (FKA FIRST NIAGRA FINANCIAL) (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 6. JAPAN EQUITY FUND | A | Dividend | L | T | | | | | |
| 7. DEUTSCHE TELECOM (COMMON STOCK) | A | Dividend | | | Sold | 08/26/16 | J | C | |
| 8. BANK OF AMERICA (COMMON STOCK) | B | Dividend | M | T | Buy (add'l) | 02/01/16 | K | | |
| 9. BANK OF AMERICA (COMMON STOCK) | A | Dividend | | | Donated (part) | | | | |
| 10. NUVEEN AMT FREE QUALITY MUNI INCME FUND (FKA NUVEEN MUNI MKT OPP FUND) | D | Dividend | L | T | | | | | |
| 11. LEUCADIA NATL CORP (COMMON STOCK) | A | Dividend | | | Sold | 11/16/16 | K | A | |
| 12. CRIMSON WINE GROUP (COMMON STOCK) | | None | J | T | | | | | |
| 13. NUVEEN MUNICIPAL VALUE FUND | D | Int./Div. | N | T | | | | | |
| 14. NUVEEN AMT FREE MUNI CREDIT INCOME FUND (FKA NUVEEN MUNI OPP FUND) | D | Interest | L | T | | | | | |
| 15. ROYAL DUTCH SHELL (COMMON STOCK) | D | Dividend | M | T | | | | | |
| 16. VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. VANGUARD TAX EXEMPT MONEY MARKET FUND | B | Dividend | N | T | | | | | |
| 18. VANGUARD LTD-TERM TAX EXEMPT ADMIRAL FUND | B | Dividend | M | T | | | | | |
| 19. BB&T CORP (PREFERRED STOCK) | A | Dividend | L | T | Buy | 12/14/16 | K | | |
| 20. BANK OF CALIFORNIA (PREFERRED STOCK) | A | Dividend | K | T | Buy | 12/14/16 | K | | |
| 21. VANGUARD INTERMEDIATE TERM T/E ADMIRAL FUND | D | Dividend | M | T | | | | | |
| 22. NY COMM BK CORP (COMMON STOCK) | B | Dividend | K | T | | | | | |
| 23. WESTERN INTERMEDIATE MUNI FUND | D | Interest | M | T | | | | | |
| 24. NUVEEN SELECT TAX FREE INCOME FUND | D | Interest | M | T | | | | | |
| 25. ABB LIMITED (COMMON STOCK) | B | Dividend | | | Sold | 08/17/16 | L | D | |
| 26. TOTAL S.A. (COMMON STOCK) | C | Dividend | L | T | | | | | |
| 27. NORTHWEST BIOTHERAPEUTICS (COMMON STOCK) | | None | | | Sold | 12/21/16 | J | | |
| 28. ATLAS AIR WORLDWIDE (COMMON STOCK) | | None | L | T | | | | | |
| 29. ASTORIA FINANCIAL (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 30. PA ST MUNI BD | A | Interest | K | T | Buy | 12/02/16 | K | | |
| 31. LAWRENCE MA MUNI BD | A | Interest | K | T | Buy | 12/02/16 | K | | |
| 32. NEWPORT-MESA CA UNION SCH DIST MUNI BD | A | Interest | K | T | Buy | 12/02/16 | K | | |
| 33. ALTOONA WI MUNI BD | A | Interest | K | T | Buy | 12/23/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 34. INDIANAPOLIS IN THERMO SYSTEM MUNI BD | A | Interest | K | T | Buy | 12/23/16 | K | | |
| 35. TRI COUNTY METRO TRANSP DIST OR MUNI BD | A | Interest | K | T | Buy | 12/23/16 | K | | |
| 36. DEUTSCHE BK (COMMON STOCK) | B | Dividend | | | Buy | 04/12/16 | K | | |
| 37. DEUTSCHE BK (COMMON STOCK) | | None | | | Sold | 10/24/16 | K | | |
| 38. NUVEEN SELECT MATURITY (MUNICIPAL FUND) | A | Interest | J | T | | | | | |
| 39. VANGUARD IRA #4 | E | Dividend | O | T | | | | | |
| 40. -ISHARES MSCI JAPAN | B | Dividend | L | T | | | | | |
| 41. -LEUCADIA NATIONAL CORP (COMMON STOCK) | A | Dividend | | | Sold | 11/16/16 | K | | |
| 42. -ABB LTD (COMMON STOCK) | A | Dividend | | | Sold | 08/17/16 | K | D | |
| 43. -NEW AMERICA HIGH INCOME FUND | B | Dividend | K | T | | | | | |
| 44. -WESTERN ASSET MANAGED HIGH INCOME FUND | D | Dividend | L | T | Buy (add'l) | 01/15/16 | K | | |
| 45. -WESTERN ASSET / CLAYMORE INFLATION LINKED OPP FUND | A | Dividend | M | T | Buy | 11/16/16 | L | | |
| 46. -BANK OF CALIFORNIA (COMMON STOCK) | A | Dividend | | | Sold | 08/17/16 | L | E | |
| 47. -FIDELITY JAPAN SMALL CO. FUND | A | Dividend | L | T | | | | | |
| 48. -GLADSTONE COMM CORP FUND | C | Dividend | L | T | | | | | |
| 49. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 50. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. -BLACKSTONE MORT TRUST (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 52. -CRIMSON WINE GROUP (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 53. -PEOPLES UNITED (COMMON STOCK) | B | Dividend | L | T | | | | | |
| 54. VANGUARD IRA - #1 | E | Dividend | O | T | | | | | |
| 55. -BANK OF AMERICA (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 56. -FIDELITY JAPAN SM CO FUND | A | Dividend | M | T | | | | | |
| 57. -DEUTSCHE HIGH INCOME OPPORTUNITIES FUND | A | Dividend | | | Sold | 08/26/16 | J | | |
| 58. -ENSCO (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 59. -WESTERN ASSET HIGH YIELD DEF OPP FUND | D | Dividend | M | T | | | | | |
| 60. -PATTERSON UTI ENERGY (COMMON STOCK) | A | Dividend | | | Sold | 10/03/16 | K | E | |
| 61. -ISHARES JAPAN INDEX FUND | A | Dividend | L | T | | | | | |
| 62. -ISHARES MSCI MEXICO ETF | A | Dividend | K | T | Buy | 11/14/16 | K | | |
| 63. -EXXON MOBIL (COMMON STOCK) | A | Dividend | | | Sold | 11/28/16 | L | D | |
| 64. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 65. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | K | T | | | | | |
| 66. -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 67. -LUMINENT (COMMON STOCK) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -GLADSTONE COMMERCIAL CORP (COMMON STOCK) | C | Dividend | K | T | | | | | |
| 69. VANGUARD IRA#2 | D | Dividend | N | T | | | | | |
| 70. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | L | T | | | | | |
| 71. -FIDELITY INV TRUST JAPAN SMALL CO FUND | C | Dividend | N | T | | | | | |
| 72. -DEUTSCHE TELECOM (COMMON STOCK | A | Dividend | | | Sold | 11/28/16 | J | A | |
| 73. -CITIGROUP (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 74. -PATTERSON UTI ENERGY (COMMON STOCK) | A | Dividend | | | Buy | 01/11/16 | K | | |
| 75. -PATTERSON UTI ENERGY (COMMON STOCK) | | | | | Sold | 10/03/16 | K | E | |
| 76. -VALLEY NATIONAL STOCK (COMMON STOCK) | C | Dividend | L | T | | | | | |
| 77. -LUMINENT (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 78. -DEUTSCHE HIGH INCOME OPPORTUNITIES FUND | B | Dividend | K | T | | | | | |
| 79. VANGUARD IRA #3 | D | Dividend | N | T | | | | | |
| 80. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 81. -VANGUARD PRIME MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 82. -VANGUARD TREASURY MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 83. -DEUTSCHE BANK (COMMON STOCK) | A | Dividend | K | T | Buy | 06/24/16 | K | | |
| 84. -POWERSHARES KBW BANK ETF | A | Dividend | K | T | Buy | 06/24/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/21/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -ROYCE VALUE TRUST FUND | B | Dividend | L | T | Buy | 06/24/16 | L | | |
| 86. -ISHARES BRAZIL FUND | A | Dividend | | | Sold | 04/19/16 | L | D | |
| 87. -WESTERN ASSET HIGH YIELD DEF OPP FUND | D | Dividend | M | T | | | | | |
| 88. -CONOCO PHILLIPS (COMMON STOCK) | A | Dividend | L | T | | | | | |
| 89. -ISHARES BRAZIL SM CAP FUND | A | Dividend | | | Sold | 04/19/16 | L | D | |
| 90. -FAIR POINT COMMUNICATIONS (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 91. -GLADSTONE COMMERCIAL CORP (COMMON STOCK) | A | Dividend | K | T | | | | | |
| 92. TD AMERITRADE INSURED DEPOSIT ACCOUNT | A | Dividend | J | T | | | | | |
| 93. TD AMERITRADE IRA #2 | A | Dividend | O | T | | | | | |
| 94. -SPEC SITUATION LIFE SCIENCES FUND | A | Dividend | N | T | | | | | |
| 95. -TD AMERITRADE INSURED DEPOSIT ACCOUNT | A | Dividend | M | T | | | | | |
| 96. WELLS FARGO IRA | A | Dividend | J | T | | | | | |
| 97. -WELLS FARGO BANK ACCOUNT | A | Dividend | J | T | | | | | |
| 98. -KAISER ALUMINUM (COMMON STOCK) | A | Dividend | J | T | | | | | |
| 99. -KAISER ALUMINUM SENIOR NOTES DUE 02/15/02 | A | Dividend | J | T | | | | | |
| 100. VANGUARD IRA #5 | A | Dividend | M | T | | | | | |
| 101. -VANGUARD FEDERAL MONEY MARKET FUND | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/21/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -NEW AMERICA HIGH INCOME FUND | A | Dividend | K | T | | | | | |
| 103. -WESTERN ASSET HIGH YIELD DEF OPP FUND | D | Dividend | M | T | | | | | |
| 104. NEW YORK UNIVERSITY 403(b) PLAN (PREVIOUSLY VANGUARD IRA #6) | C | Dividend | M | T | | | | | |
| 105. -VANGUARD DIVIDEND GROWTH FUND | A | Dividend | | | Sold | 12/23/16 | M | D | |
| 106. -VANGUARD SH TERM INV GRADE BOND FUND | A | Dividend | M | T | Buy | 12/23/16 | M | | |
| 107. MASS MUTUAL LIFE INSURANCE | A | Dividend | K | W | | | | | |
| 108. ING LIFE INSURANCE | C | Dividend | M | T | | | | | |
| 109. PNC BANK WASHINGTON DC | A | Interest | K | T | | | | | |
| 110. US BONDS | D | Interest | M | T | | | | | |
| 111. J.J. GUMBERG LIMITED PARTNERSHIP | D | Distribution | J | W | | | | | |
| 112. VIRGINIA RETIREMENT SYSTEM | A | Interest | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DYK, TIMOTHY B. | 09/21/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  TOTAL INCOME FOR IRA ACCOUNTS IS TOTAL INCOME AS REPORTED BY CUSTODIAN OF ACCOUNT.

2.  TRANSFERS FROM IRA MONEY MARKET TO PERSONAL ACCOUNTS (RMD) NOT SHOWN.

3.  PART VII, LINE 104:  PERIODIC EMPLOYER CONTRIBUTIONS MADE TO THIS ACCOUNT (NEW YORK UNIVERSITY 403(B) PLAN) ARE NOT REPORTED AS A SEPARATE BUY).

4.  THE VANGUARD FEDERAL MONEY MARKET FUND IS AN SEC-MANDATED SETTLEMENT FUND FOR SECURITIES TRANSACTIONS. PURCHASES AND SALES OF SECURITIES DISCLOSED IN THIS REPORT AUTOMATICALLY RESULTED IN CORRESPONDING SALES AND PURCHASES IN THE FUND.  MONEY MARKET TRANSACTIONS INVOLVING DEPOSITS OF EMPLOYMENT COMPENSATION OR PAYMENT OF PERSONAL EXPENSES AND EXCHANGES BETWEEN FUNDS NOT LISTED AS BEING IDENTICAL TO BANK ACCOUNT ACTIVITIES.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **TIMOTHY B. DYK**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544